IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SANDRA FRANKLIN, | 8:19CV256 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FORT PLAZA BACELINE, LLC, | |
| Defendant. | |

This matter comes before the Court on the Joint Stipulation for Dismissal of this case with prejudice (Filing No. 19). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court will retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

Dated this 6th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge